**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | |
|---|---|
| KENDRICK L. BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:25-cv-127-ACL |
| | ) |
| UNKNOWN WILSON, | ) |
| | ) |
| Defendant. | ) |

### MEMORANDUM AND ORDER

This matter is before the Court upon review of the file. Self-represented Plaintiff Kendrick L. Brown filed the instant action on August 5, 2025. ECF No. 1. However, he has not filed an application to proceed in district court without prepaying fees or costs, or paid the filing fee. *See* E.D. Mo. L.R. 2.01(B)(1) ("The Clerk may refuse to receive and file any pleading or document in any case until the applicable statutory fee is paid, except in cases accompanied by a completed application to proceed in forma pauperis"). Plaintiff will therefore be directed to either file an application to proceed in district court without prepaying fees or costs or pay the full filing fee within **thirty (30) days** of the date of this order. If Plaintiff fails to comply, this action will be dismissed without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail to Plaintiff an 'Application to Proceed in District Court Without Prepaying Fees or Costs' form.

**IT IS FURTHER ORDERED** that Plaintiff shall either pay the $405 filing fee or submit the Application to Proceed Without Prepaying Fees or Costs within **thirty (30) days** of the date of this Order.

2

**IT IS FINALLY ORDERED** that if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice and without further notice.

Dated this 17th day of September, 2025.

*/s/ Abbie Crites-Leoni*
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE

Case: 1:25-cv-00127-ACL   Doc. #:  3   Filed: 09/17/25   Page: 2 of 2 PageID #: 12